DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MOHAMED BEN ABDELKADER,**
Appellant,

v.

**ABIR BENSALHA,**
Appellee.

No. 4D21-3224

[July 21, 2022]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Dina A. Keever-Agrama, Judge; L.T. Case No. 50-2019-DR-006807-XXXX-NB.

Troy William Klein of the Law Office of Troy W. Klein, P.A., West Palm Beach, for appellant.

Jacqueline Spence of The Affordable Law Center, PLLC, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

MAY, DAMOORGIAN and FORST, JJ., concur.

\*     \*     \*

***Not final until disposition of timely filed motion for rehearing.***